AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Delaware

WORLD WIDE LICENSES, LTD.,
A Hong Kong Corporation,

        Plaintiff,

    v.

POLAROID CONSUMER ELECTRONICS,
LLC, f/k/a PETTERS CONSUMER
BRANDS, LLC,

        Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-96

TO:   Polaroid Consumer Electronics, LLC,
       f/k/a Petters Consumer Brands, LLC
       c/o its Registered Agent:
       National Registered Agents
       160 Greentree Drive, Suite 101
       Dover, Delaware 19904

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Matt Neiderman
DUANE MORRIS LLP
1100 N. Market St., Suite 1200
Wilmington, Delaware 19801
302.657.4900

OF COUNSEL:
Michael R. Gottfried
Darlene D. Moreau
DUANE MORRIS LLP
470 Atlantic Avenue
Boston, MA 02210

Attorneys for Plaintiff *World Wide Licenses, Ltd.*

an answer to the complaint which is served on you with this summons, within <u>20</u> days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

| PETER T. DALLEO | 2/22/17 |
|---|---|
| CLERK | DATE |
| *(signature)* | |
| (By) DEPUTY CLERK | |

• AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 3/20/07 |

| NAME OF SERVER (PPJNT) | TITLE |
|---|---|
| KEVIN DUNN | SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):   SERVED: POLAROID CONSUMER ELECTRONICS, LLC  C/O NATIONAL REGISTERED AGENTS AT 160 GREENTREE DR. DOVER, DE  COPIES THEREOF WERE ACCEPTED BY DEBBIE SEALUND

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/20/07
              _____
              Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.