IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WORLD WIDE LICENSES, LTD., a Hong Kong corporation, | :<br>: C.A. No. 07-96 (***) |
| Plaintiff, | : |
| v. | : |
| POLAROID CONSUMER ELECTRONICS, LLC f/k/a PETTERS CONSUMER BRANDS, LLC, a Delaware company, | : |
| Defendant. | : |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Leah C. Janus, Esquire to represent Polaroid Consumer Electronics, LLC in this matter.

Signed: *[signature]*

Stephen M. Miller (DE Bar No. 2610)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19899-2306
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: smiller@morrisjames.com

Attorneys for Polaroid Consumer Electronics, LLC

Dated: May 4, 2007

1564798

**ORDER GRANTING MOTION**

      IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date:_____

                                                      United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Minnesota, the United States District Court for the District of Minnesota, the United States Court of Appeals for the Eighth Circuit and the United States Supreme Court and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Signed: *[signature: Leah C. Janus]*

Date: 5/3/07

Leah C. Janus (MN Bar No. 337365)
Fredrikson & Byron, P.A.
200 South Sixth Street
Suite 4000
Minneapolis, MN 55402-1425
Telephone: (612) 492-7349
Facsimile: (612) 492-7077
E-mail: ljanus@fredlaw.com

4189548_1.DOC

1564798

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WORLD WIDE LICENSES, LTD., a Hong Kong corporation, | : : : | |
| Plaintiff, | : : | C.A. 07-cv-96 (***) |
| v. | : : : | |
| POLAROID CONSUMER ELECTRONICS, LLC f/k/a PETTERS CONSUMER BRANDS, LLC, a Delaware company, | : : : : : | |
| Defendant. | : : | |

### AFFIDAVIT OF WILLIAM WELLER, PARALEGAL

STATE OF DELAWARE       :
                        : SS:
NEW CASTLE COUNTY       :

   I, William Weller, certify that I am, and at all times during the service, have been, an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on May 4, 2007, I caused service of the following:

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

   Service was completed upon the following parties on the attached list as indicated thereon.

Date:  May 4, 2007

/s/ William Weller
William Weller

SWORN TO AND SUBSCRIBED before me this 4th of May, 2007.

_____
NOTARY
My commission expires:_____

S. STACI HUDSON
Notary Public - State of Delaware
My Comm. Expires Dec. 11, 2008

**VIA HAND DELIVERY**
Matt Neiderman, Esq.
Kathaleen McCormick, Esq.
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
[Counsel for Plaintiff, World Wide Licenses, Ltd.]

**VIA FIRST CLASS MAIL**
Michael R. Gottfried, Esq.
Darlene D. Moreau, Esq.
Duane Morris LLP
470 Atlantic Avenue
Boston, MA 02210
[Counsel for Plaintiff, World Wide Licenses, Ltd.]