IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WORLD WIDE LICENSES LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-96-*** |
| | ) | |
| POLAROID CONSUMER ELECTRONICS LLC, ET AL., | ) ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

WHEREAS, plaintiff filed a motion for default (D.I. 5) on April 16, 2007;

WHEREAS, defendant filed an answer to the complaint (D.I. 6) on April 30, 2007; therefore,

IT IS HEREBY ORDERED that the motion is DENIED.

UNITED STATES MAGISTRATE JUDGE

Wilmington, Delaware
May 7, 2007