IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **WORLD WIDE LICENSES, LTD.,** a Hong Kong corporation,<br><br>Plaintiff,<br><br>v.<br><br>**POLAROID CONSUMER ELECTRONICS, LLC** f/k/a **PETTERS CONSUMER BRANDS, LLC,** a Delaware company,<br>Defendant. | :<br>:<br>:<br>:<br>:<br>:  C.A. No. 07-96<br>:<br>:<br>:  JURY TRIAL DEMANDED<br>:<br>:<br>:<br>:<br>: |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Michael R. Gottfried to represent World Wide Licenses, Ltd. for themselves and on behalf of all other similarly situated class members, in this matter.

DUANE MORRIS LLP

Dated: May 8, 2007

/s/ Matt Neiderman
Matt Neiderman (Del. Bar No. 4018)
1100 N. Market St., Suite 1200
Wilmington, Delaware 19801
302.657.4900
302.657.4901 *fax*
mneiderman@duanemorris.com
*Attorney for Plaintiff*
*World Wide Licenses, Ltd.*

OF COUNSEL:
Michael R. Gottfried
Darlene D. Moreau
DUANE MORRIS LLP
470 Atlantic Avenue
Boston, MA 02210

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of bars the Commonwealth of Massachusetts and the District of Columbia; the United States District Court for the District of Massachusetts and the District of Columbia; the United States Court of Appeals for the District of Columbia Circuit, First Circuit, Seventh Circuit, Ninth Circuit, Tenth Circuit and Federal Circuit; and the United States Supreme Court and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: 2/25/07                              Signed: _____
                                           Michael R. Gottfried
                                           DUANE MORRIS LLP
                                           470 Atlantic Avenue
                                           Boston, Massachusetts 02210
                                           (617) 289-9200 – Telephone
                                           (617) 289-9201 – Facsimile
                                           mgottfried@duanemorris.com – Email

DM1\753632.1

## CERTIFICATE OF SERVICE

I, Matt Neiderman, hereby certify that on May 8, 2007, I caused a copy of the foregoing document to be served upon the following counsel of record via e-filing:

**Stephen M. Miller**
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306


/s/ Matt Neiderman
Matt Neiderman  (Del. I.D. No. 4018)