IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WORLD WIDE LICENSES, LTD., a Hong Kong corporation, <br><br> Plaintiff, <br><br> v. <br><br> POLAROID CONSUMER ELECTRONICS, LLC f/k/a PETTERS CONSUMER BRANDS, LLC, a Delaware company, <br> Defendant. | : <br> : <br> : <br> : <br> : <br> : C.A. No. 07-96 <br> : <br> : JURY TRIAL DEMANDED <br> : <br> : <br> : <br> : |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Darlene D. Moreau to represent World Wide Licenses, Ltd. for themselves and on behalf of all other similarly situated class members, in this matter.

DUANE MORRIS LLP

Dated: May 8, 2007

/s/ Matt Neiderman
Matt Neiderman (Del. Bar No. 4018)
1100 N. Market St., Suite 1200
Wilmington, Delaware 19801
302.657.4900
302.657.4901 *fax*
mneiderman@duanemorris.com
*Attorney for Plaintiff*
*World Wide Licenses, Ltd.*

OF COUNSEL:
Michael R. Gottfried
Darlene D. Moreau
DUANE MORRIS LLP
470 Atlantic Avenue
Boston, MA 02210

DM1\1119083.1

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____

_____
United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WORLD WIDE LICENSES, LTD.,<br>a Hong Kong corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>POLAROID CONSUMER<br>ELECTRONICS, LLC<br>f/k/a PETTERS CONSUMER<br>BRANDS, LLC,<br>a Delaware company,<br>    Defendant. | :<br>:<br>:<br>:<br>:<br>:   C.A. No. 07-96<br>:<br>:   **JURY TRIAL DEMANDED**<br>:<br>:<br>:<br>:<br>: |

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

  Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the Commonwealth of Massachusetts. I have been admitted to practice before the courts of the Commonwealth of Massachusetts, the United States District Court for the District of Massachusetts, and the United States Court of Appeals for the First Circuit, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. There are no disciplinary matters pending against me in any jurisdiction or before any court in which I am admitted to practice. I also certify I am generally familiar with this Court's Local Rules.

DM1\1118979.1

Date: *May 8, 2007*                    Signed: *Darlene Moreau*
                                       Darlene D. Moreau
                                       DUANE MORRIS LLP
                                       470 Atlantic Avenue
                                       Boston, Massachusetts 02210
                                       (857) 488-4200 – Telephone
                                       (857) 488-4201 – Facsimile

2

DM1\1118979.1

## CERTIFICATE OF SERVICE

I, Matt Neiderman, hereby certify that on May 8, 2007, I caused a copy of the foregoing document to be served upon the following counsel of record via e-filing:

**Stephen M. Miller**
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306


/s/ Matt Neiderman
Matt Neiderman  (Del. I.D. No. 4018)