## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WORLD WIDE LICENSES, LTD., a Hong Kong corporation, | : : : |
| Plaintiff, | : : |
| v. | : C. A. No. 07-96-*** |
| POLAROID CONSUMER ELECTRONICS, LLC f/k/a PETTERS CONSUMER BRANDS, LLC, a Delaware company, | : : : : : |
| Defendant. | : |

## ORDER

At Wilmington this **17th** day of **May, 2007**.

IT IS ORDERED that the transcript of the May 17, 2007 teleconference shall serve as an Order of the Court in this matter.

IT IS FURTHER ORDERED that a teleconference has been scheduled for **Wednesday, May 30, 2007 at 9:15 a.m.** with Magistrate Judge Thynge. **Defense counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE