IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WORLD WIDE LICENSES, LTD., a Hong Kong Corporation,<br><br>Plaintiff,<br><br>v.<br><br>POLAROID CONSUMER ELECTRONICS, LLC f/k/a PETTERS CONSUMER BRANDS, LLC, a Delaware company,<br><br>Defendant. | C.A. No. 07-96 (***) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 1, 2007, a copy of **Initial Disclosures of Defendant Polaroid Consumer Electronics, LLC** was served upon the counsel for the Plaintiff, Matt Neiderman, Esquire, Kathaleen McCormick, Esquire, of Duane Morris LLP, 1100 North Market Street, Suite 1200, Wilmington, Delaware 19801, via hand delivery, and Michael R. Gottfried, Esquire, Darlene D. Moreau, Esquire, of Duane Morris LLP, 470 Atlantic Avenue, Boston, Massachusetts 02210, via first class mail, postage prepaid.

Dated: June 1, 2007

**MORRIS JAMES LLP**

_____
Stephen M. Miller (DE Bar No. 2610)
Thomas M. Horan (DE Bar No. 4641)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: smiller@morrisjames.com
E-mail: thoran@morrisjames.com

and

David R. Marshall (MN Bar No. 184457)
Leah C. Janus (MN Bar No. 0337365)
FREDRIKSON & BYRON, P.A.
200 South Sixth Street
Suite 4000
Minneapolis MN 55402-1425
Telephone: (612) 492-7154
Facsimile: (612) 492-7077

*Attorneys for Polaroid Consumer Electronics, LLC*

1574544