IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WORLD WIDE LICENSES, LTD., a Hong Kong corporation, | : : : : | |
| Plaintiff, | : : | |
| v. | : : : | C.A. No. 07-96 (MPT) |
| POLAROID CONSUMER ELECTRONICS, LLC f/k/a PETTERS CONSUMER BRANDS, LLC, a Delaware company, | : : : : : | |
| Defendant. | : : | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 1, 2006, a copy of Plaintiff's Rule 26(a)(1) Initial Disclosures was served by Federal Express upon the following counsel of record:

David R. Marshall, Esquire
Fredrikson & Byron P.A.
Suite 4000
200 South Sixth Street
Minneapolis, MN 55402-1425

Stephen M. Miller, Esquire
Attorney at Law
Morris James LLP
P.O. Box 2306
Wilmington, DE 19899-2306

Dated: June 5, 2007                                DUANE MORRIS LLP

*Kathaleen S. McCormick*
Matt Neiderman (Del. Bar No. 4018)
Kathaleen McCormick (Del. Bar No. 4579)
1100 N. Market St., Suite 1200
Wilmington, Delaware 19801
302.657.4900
302.657.4901 *fax*
mneiderman@duanemorris.com

**OF COUNSEL:**
Michael R. Gottfried
Darlene D. Moreau
DUANE MORRIS LLP
470 Atlantic Avenue
Boston, MA 02210
857.488.4200
857.488.4201 *fax*
mgottfried@duanemorris.com
ddmoreau@duanemorris.com

*Attorneys for Plaintiff*

2