IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WORLD WIDE LICENSES, LTD., a Hong Kong corporation,<br><br>Plaintiff,<br><br>v.<br><br>POLAROID CONSUMER ELECTRONICS, LLC f/k/a PETTERS CONSUMER BRANDS, LLC, a Delaware company,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>: C.A. No. 07-0096-MPT<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**NOTICE OF SERVICE OF DEFENDANT POLAROID CONSUMER ELECTRONICS, LLC'S FIRST SET OF INTERROGATORIES AND FIRST REQUESTS FOR <u>PRODUCTION OF DOCUMENTS DIRECTED TO PLAINTIFF</u>**

PLEASE TAKE NOTICE that on September 14, 2007, a copy of **Defendant Polaroid Consumer Electronics, LLC's First Set of Interrogatories and First Requests for Production of Documents Directed to Plaintiff** and this notice of service were served upon counsel for the Plaintiff in the manners indicated, at the following addresses:

<u>VIA HAND DELIVERY</u>
Matt Neiderman, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801

<u>VIA FIRST CLASS MAIL, POSTAGE PREPAID</u>
Michael R. Gottfried, Esquire
Darlene D. Moreau, Esquire
Duane Morris LLP
470 Atlantic Avenue
Boston, Massachusetts 02210

1609319

| | |
|---|---|
| Dated: September 14, 2007 | MORRIS JAMES LLP<br><br>*/s/ signature*<br>―――――――――――――――<br>Stephen M. Miller (DE Bar No. 2610)<br>Carl N. Kunz, III (DE Bar No. 3201)<br>Thomas M. Horan (DE Bar No. 4641)<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, DE 19899-2306<br>Telephone: (302) 888-6800<br>Facsimile: (302) 571-1750<br>E-mail: smiller@morrisjames.com<br>E-mail: ckunz@morrisjames.com<br>E-mail: thoran@morrisjames.com<br><br>-and-<br><br>David R. Marshall (MN Bar No. 184457)<br>Leah C. Janus (MN Bar No. 0337365)<br>FREDRIKSON & BYRON, P.A.<br>200 South Sixth Street<br>Suite 4000<br>Minneapolis MN 55402-1425<br>Telephone: 612-492-7154<br>Facsimile: 612-492-7077<br>E-mail: dmarshall@fredlaw.com<br>E-mail: ljanus@fredlaw.com<br><br>*Attorneys for Defendant Polaroid Consumer Electronics, LLC* |

1609319