## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **WORLD WIDE LICENSES, LTD.**, a Hong Kong corporation, | : : : : | |
| Plaintiff, | : : | |
| v. | : : | C.A. No. 07-96-MPT |
| **POLAROID CONSUMER ELECTRONICS, LLC** **f/k/a  PETTERS CONSUMER BRANDS, LLC,** a Delaware company, | : : : : : : | |
| Defendant. | : : | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE on this 18th day of September, 2007, that two copies of Plaintiff's First Request for the Production of Documents Directed to Defendant was served by hand on the following counsel of record:

> **Stephen M. Miller**
> Morris James LLP
> 500 Delaware Avenue
> P.O. Box 2306
> Wilmington, Delaware  19899

> **DUANE MORRIS, LLP**
>
> /s/  Matt Neiderman
> Matt Neiderman (Del. Bar No. 4018)
> Duane Morris LLP
> 1100 N. Market St., Suite 1200
> Wilmington, Delaware 19801
> 302.657.4900
> 302.657.4901 *fax*
> mneiderman@duanemorris.com

2

## CERTIFICATE OF SERVICE

I, Matt Neiderman, hereby certify that on September 18, 2007, I caused a copy of the foregoing document to be served upon the following counsel of record via e-filing:

> **Stephen M. Miller**
> Morris James LLP
> 500 Delaware Avenue, Suite 1500
> P.O. Box 2306
> Wilmington, DE 19899-2306

/s/ Matt Neiderman
Matt Neiderman  (Del. I.D. No. 4018)