IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WORLD WIDE LICENSES, LTD., a Hong Kong corporation,<br><br>    Plaintiff,<br>v.<br><br>POLAROID CONSUMER ELECTRONICS, LLC f/k/a PETTERS CONSUMER BRANDS, LLC, a Delaware company,<br><br>    Defendant. | :<br>:<br>:<br>:<br>:<br>:  C.A. No. 07-0096-MPT<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### NOTICE OF DEPOSITION OF GIOVANNI TOMASELLI

TO: The above-captioned plaintiff and its attorneys:

| | |
|---|---|
| Matt Neiderman, Esquire<br>Duane Morris LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, Delaware 19801 | Michael R. Gottfried, Esquire<br>Darlene D. Moreau, Esquire<br>Duane Morris LLP<br>470 Atlantic Avenue, Suite 500<br>Boston, Massachusetts 02210 |

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Polaroid Consumer Electronics, LLC f/k/a Petters Consumer Brands, LLC will take the deposition of Giovanni Tomaselli. The deposition will be taken at the offices of Morris James LLP, 500 Delaware Avenue, Suite 1500, Wilmington, Delaware 19801-1494, on October 29, 2007 at 9:30 a.m., continuing day-to-day thereafter until completed. The deposition will take place before an officer duly authorized to administer oaths and will be transcribed by stenographic means. Pursuant to Federal Rule of Civil Procedure 30(b)(3), you are advised that the testimony may also be recorded on videotape.

1615441

| | |
|---|---|
| Dated: September 26, 2007 | MORRIS JAMES LLP<br><br>*/s/ Thomas M. Horan*<br>Stephen M. Miller (DE Bar No. 2610)<br>Thomas M. Horan (DE Bar No. 4641)<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, DE 19899-2306<br>Telephone: (302) 888-6800<br>Facsimile: (302) 571-1750<br>E-mail: smiller@morrisjames.com<br>E-mail: thoran@morrisjames.com<br><br>-and-<br><br>David R. Marshall (MN Bar No. 184457)<br>Leah C. Janus (MN Bar No. 0337365)<br>FREDRIKSON & BYRON, P.A.<br>200 South Sixth Street<br>Suite 4000<br>Minneapolis MN 55402-1425<br>Telephone: 612-492-7154<br>Facsimile: 612-492-7077<br>E-mail: dmarshall@fredlaw.com<br>E-mail: ljanus@fredlaw.com<br><br>*Attorneys for Defendant Polaroid Consumer Electronics, LLC* |

1615441

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of September, 2007, I electronically filed the foregoing document, **NOTICE OF DEPOSITION OF GIOVANNI TOMASELLI**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following, who was also served with the foregoing document via hand delivery:

Matt Neiderman, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801

Additionally, I hereby certify that on the 26th day of September, 2007, the foregoing document was served via First-Class Mail on the following non-registered participants:

Michael R. Gottfried, Esquire
Darlene D. Moreau, Esquire
Duane Morris LLP
470 Atlantic Avenue, Suite 500
Boston, Massachusetts 02210

Dated: September 26, 2007

MORRIS JAMES LLP

_____
Thomas M. Horan (DE Bar No. 4641)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: thoran@morrisjames.com

1615441