# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **WORLD WIDE LICENSES, LTD.**, a Hong Kong corporation, | : : : : |
| Plaintiff, | : : |
| v. | : C.A. No. 07-96-MPT : |
| **POLAROID CONSUMER ELECTRONICS, LLC** f/k/a **PETTERS CONSUMER BRANDS, LLC**, a Delaware company, | : : : : : : |
| Defendant. | : : |

## NOTICE OF TAKING DEPOSITION OF KRIS MASCHKE

TO:  The above-captioned Defendant and its attorneys:

| | |
|---|---|
| David R. Marshall, Esquire | Stephen M. Miller, Esquire |
| Fredrikson & Byron P.A. | Attorney at Law |
| Suite 4000 | Morris James LLP |
| 200 South Sixth Street | P.O. Box 2306 |
| Minneapolis, MN 55402-1425 | Wilmington, DE 19899-2306 |

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff, World Wide Licenses, Ltd. will take the deposition of Kris Maschke. The deposition will be taken at the offices of Duane Morris LLP, Suite 1200, 1100 North Market Street, Wilmington, Delaware 19801, on November 8, 2007 at 10:00 a.m., continuing day-to-day thereafter until completed. The deposition will take place before an officer duly authorized to administer oaths and will be transcribed by stenographic means. Pursuant to Federal Rule of Civil Procedure 30(b)(3), you are advised that the testimony may also be recorded on videotape.

2

Dated: September 28, 2007    DUANE MORRIS LLP


/s/  Matt Neiderman_____
Matt Neiderman (Del. Bar No. 4018)
Duane Morris LLP
1100 N. Market St., Suite 1200
Wilmington, Delaware 19801
302.657.4900
302.657.4901 *fax*
mneiderman@duanemorris.com

**OF COUNSEL:**
Michael R. Gottfried
Darlene D. Moreau
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
857.488.4200
857.488.4201 *fax*
mrgottfried@duanemorris.com
ddmoreau@duanemorris.com

2

## **CERTIFICATE OF SERVICE**

I, Matt Neiderman, hereby certify that on September 28, 2007, I served the foregoing document via first class mail, postage prepaid, upon the following counsel of record for the Defendant:

David R. Marshall, Esquire
Fredrikson & Byron P.A.
Suite 4000
200 South Sixth Street
Minneapolis, MN 55402-1425

Stephen M. Miller, Esquire
Attorney at Law
Morris James LLP
P.O. Box 2306
Wilmington, DE 19899-2306

**DUANE MORRIS LLP**

/s/  Matt Neiderman
Matt Neiderman (Del. Bar No. 4018)
Duane Morris LLP
1100 N. Market St., Suite 1200
Wilmington, Delaware 19801
302.657.4900
302.657.4901 *fax*
mneiderman@duanemorris.com