IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WORLD WIDE LICENSES, LTD., a Hong Kong corporation,<br><br>Plaintiff,<br><br>v.<br><br>POLAROID CONSUMER ELECTRONICS, LLC f/k/a PETTERS CONSUMER BRANDS, LLC, a Delaware company,<br><br>Defendant. | C.A. No. 07-0096 (MPT) |

## JOINT STATUS REPORT

Pursuant to Paragraph 7 of this Court's Scheduling Order dated June 1, 2007 [D.I. 21], the parties hereby submit this Joint Interim Status Report.

## PLEADINGS

On February 20, 2007, World Wide Licenses, Ltd. ("WWL"), filed its Complaint [D.I. 1] against Polaroid Consumer Electronics, LLC ("PCE").

On April 30, 2007, PCE filed its Answer [D.I. 6] to WWL's Complaint.

## DISCOVERY

The parties have served document requests and interrogatories. The time to respond to such discovery requests has not yet expired. PCE has noticed three depositions to take place in late-October. WWL has noticed two depositions to take place in early November.

## PENDING MOTIONS

There are currently no motions pending in this action.

## PRE-TRIAL DEADLINES/PROCEDURES

Initial disclosure of expert testimony is due on or before November 15, 2007, from WWL. Disclosure of rebuttal expert testimony is due on or before December 7, 2007, from PCE. The discovery cut off date is December 28, 2007.

## SETTLEMENT

The parties have discussed settlement but have not reached an agreement at this time.

Dated: October 5, 2007

<div style="display: flex;">

<div>

**MORRIS JAMES LLP**

*/s/ Stephen M. Miller*
Stephen M. Miller (DE Bar No. 2610)
Thomas M. Horan (DE Bar No. 4641)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
(302) 888-6800
(302) 571-1750 (fax)
smiller@morrisjames.com
thoran@morrisjames.com

*and*

David R. Marshall (MN Bar No. 184457)
Leah C. Janus (MN Bar No. 0337365)
FREDRIKSON & BYRON, P.A.
200 South Sixth Street
Suite 4000
Minneapolis MN 55402-1425
612-492-7154
612-492-7077  fax

*Counsel for Defendant Polaroid Consumer Electronics, LLC*

</div>

<div>

Respectfully submitted,

**DUANE MORRIS LLP**

*/s/ Matt Neiderman*
Matt Neiderman (DE Bar No. 4018)
1100 North Market Street
Wilmington DE  19801
Phone:  (302) 657-4900
Fax:  (302) 657-4901
mneiderman@duanemorris.com

*and*

Michael Gottfried (MA Bar No. 542156)
Darlene Moreau (MA Bar No. 648455)
470 Atlantic Avenue
Boston, MA 02210
Phone: (857) 488-4200
Fax: (857) 488-4201

*Counsel for Plaintiff World Wide Licenses, Ltd.*

</div>

</div>

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WORLD WIDE LICENSES, LTD., a Hong Kong corporation, | : : : | |
| Plaintiff, | : : | C.A. 07-0096 (MPT) |
| v. | : : : | |
| POLAROID CONSUMER ELECTRONICS, LLC f/k/a PETTERS CONSUMER BRANDS, LLC, a Delaware company, | : : : : : | |
| Defendant. | : : | |

### AFFIDAVIT OF CASSANDRA D. LEWICKI, PARALEGAL

STATE OF DELAWARE    :
                     : SS:
NEW CASTLE COUNTY    :

I, Cassandra D. Lewicki, certify that I am, and at all times during the service, have been, an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on October 5, 2007, I caused service of the following:

### JOINT STATUS REPORT

Service was completed upon the following parties on the attached list as indicated thereon.

Date:   October 5, 2007

_____
Cassandra D. Lewicki

SWORN TO AND SUBSCRIBED before me this 5th of October, 2007.

JOANNE M. SOUTHERS
Notary Public - State of Delaware
My Comm. Expires Feb. 13, 2009

_____
NOTARY
My commission expires: 2/13/09

CXL 1621287v1

| | |
|---|---|
| **VIA HAND DELIVERY** | **VIA FIRST CLASS MAIL** |
| Matt Neiderman, Esq. | Michael R. Gottfried, Esq. |
| Kathaleen McCormick, Esq. | Darlene D. Moreau, Esq. |
| Duane Morris LLP | Duane Morris LLP |
| 1100 North Market Street, Suite 1200 | 470 Atlantic Avenue |
| Wilmington, DE 19801 | Boston, MA 02210 |
| [Counsel for Plaintiff, World Wide Licenses, Ltd.] | [Counsel for Plaintiff, World Wide Licenses, Ltd.] |

CXL 1621287v1

2