# DuaneMorris®

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

MATT NEIDERMAN
DIRECT DIAL: 302.657.4920
E-MAIL: mneiderman@duanemorris.com

www.duanemorris.com

October 11, 2007

VIA HAND DELIVERY

Magistrate Judge Mary Pat Thynge
United States District Court
District of Delaware
844 North King Street
Wilmington, Delaware 19801

Re: **World Wide Licenses, Ltd. v. Polaroid Consumer Electronics, LLC
Civil Action No. 07-96 (MPT)**

Dear Magistrate Judge Thynge:

The parties in the above-referenced action have agreed and request that the telephonic status conference, currently scheduled for October 15, 2007 at 9:00 a.m., be taken off of the Court's calendar as the parties agree that there is nothing to report, nor anything to add to the interim status report that was filed with the Court on October 5, 2007.

Should Your Honor have any questions, we are available at the convenience of the Court.

Sincerely,

*Matt Neiderman*

Matt Neiderman

cc: Darlene D. Moreau, Esq.
    Stephen M. Miller, Esq.

---

DUANE MORRIS LLP

1100 NORTH MARKET STREET, SUITE 1200   WILMINGTON, DE 19801-1246         PHONE: 302.657.4900   FAX: 302.657.4901