IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WORLD WIDE LICENSES, LTD.,<br>a Hong Kong corporation, | :<br>:<br>: |
| Plaintiff, | :<br>: |
| v. | : C. A. No. 07-96-MPT<br>: |
| POLAROID CONSUMER ELECTRONICS,<br>LLC f/k/a PETTERS CONSUMER<br>BRANDS, LLC, a Delaware company, | :<br>:<br>:<br>: |
| Defendant. | : |

## ORDER

At Wilmington this **11th** day of **October, 2007**.

IT IS ORDERED that the status teleconference scheduled for **Monday, October 15, 2007 at 9:00 a.m.** with Magistrate Judge Thynge is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE