## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **WORLD WIDE LICENSES, LTD.**, a Hong Kong corporation, | : : : : | |
| Plaintiff, | : : : | |
| v. | : : | C.A. No. 07-96-MPT |
| **POLAROID CONSUMER ELECTRONICS, LLC f/k/a PETTERS CONSUMER BRANDS, LLC,** a Delaware company, | : : : : : : : | |
| Defendant. | : : | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE on this 22nd day of October, 2007, that two copies of Plaintiff, World Wide Licenses, Ltd's Responses to Defendant, Polaroid Consumer Electronics, LLC's First Set of Interrogatories and First Requests for Production of Documents was served by hand on the following counsel of record:

        **Stephen M. Miller**
        Morris James LLP
        500 Delaware Avenue
        Wilmington, Delaware 19899

        **DUANE MORRIS, LLP**

        /s/ Matt Neiderman
        Matt Neiderman (Del. Bar No. 4018)
        Duane Morris LLP
        1100 N. Market St., Suite 1200
        Wilmington, Delaware 19801
        302.657.4900
        302.657.4901 *fax*
        mneiderman@duanemorris.com

2

## CERTIFICATE OF SERVICE

I, Matt Neiderman, hereby certify that on October 22, 2007, I caused a copy of the foregoing document to be served upon the following counsel of record via e-filing:

> **Stephen M. Miller**
> Morris James LLP
> 500 Delaware Avenue, Suite 1500
> P.O. Box 2306
> Wilmington, DE 19899-2306

/s/ Matt Neiderman
Matt Neiderman  (Del. I.D. No. 4018)