IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WORLD WIDE LICENSES, LTD., a Hong Kong corporation, <br><br> Plaintiff, <br><br> v. <br><br> POLAROID CONSUMER ELECTRONICS, LLC f/k/a PETTERS CONSUMER BRANDS, LLC, a Delaware company, <br><br> Defendant. | : <br> : C.A. No. 07-96-MPT <br> : |

**JOINT MOTION FOR EXTENSION OF DISCOVERY
AND DISPOSITIVE MOTION DEADLINES**

The Plaintiff and Defendant (together, the "Parties") hereby move jointly to extend the discovery and dispositive motion deadlines set forth in the Court's Scheduling Order in this matter, dated June 1, 2007, as provided in the Parties' Stipulation for Extension of Discovery and Dispositive Motion Deadlines, attached hereto as Exhibit A. The Parties have been engaged in settlement discussions in an effort to resolve this matter and agree that a reasonable extension of the discovery and dispositive motion deadlines would allow the Parties to complete those discussions and, if those discussions do not resolve the matter, would allow the Parties to complete discovery, and, if appropriate, file and brief dispositive motions.

1640855/1

The Parties certify that they have sent a copy of the instant request to their respective clients.

The Parties have attached hereto as Exhibit B a Proposed Amended Scheduling Order reflecting the requested extension to the discovery and dispositive motion deadlines.

Dated: December _18_, 2007

_____
Matt Neiderman (DE Bar No. 4018)
Duane Morris LLP
1100 North Market Street
Wilmington, DE 19801
Phone: (302) 657-4900
Fax: (302) 657-4901

*and*

Michael R. Gottfried (MA Bar No. 542156)
Darlene Moreau (MA Bar No. 648455)
Duane Morris LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
Phone: (857) 488-4200
Fax: (857) 488-4201

ATTORNEYS FOR PLAINTIFF

Dated: December 18, 2007

Stephen M. Miller (DE Bar No. 2610)
Thomas M. Horan (DE Bar No. 4641)
MORRIS, JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
(302) 888-6800
(302) 571-1750 (fax)

*and*

David R. Marshall (MN Bar No. 184457)
Leah C. Janus (MN Bar No. 0337365)
FREDRIKSON & BYRON, P.A.
200 South Sixth Street, Suite 4000
Minneapolis MN 55402-1425
612-492-7154
612-492-7077  fax

ATTORNEYS FOR DEFENDANT

1640855/1

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WORLD WIDE LICENSES, LTD., a Hong Kong corporation, | : |
| Plaintiff, | : C.A. No. 07-96-MPT |
| v. | : |
| POLAROID CONSUMER ELECTRONICS, LLC f/k/a PETTERS CONSUMER BRANDS, LLC, a Delaware company, | : |
| Defendant. | : |

## STIPULATION FOR EXTENSION OF DISCOVERY AND DISPOSITIVE MOTION DEADLINES

**WHEREAS,** the Scheduling Order in this matter (the "Scheduling Order") sets the Discovery Cut Off date as December 28, 2007;

**WHEREAS,** the Scheduling Order sets the Case Dispositive Motions deadline as January 10, 2008;

**WHEREAS,** the parties have been engaged in settlement discussions in an effort to resolve this matter;

**WHEREAS,** the parties agree that the Discovery Cut Off date should be extended to March 31, 2008, to allow the parties to complete settlement discussions and, if those discussions do not resolve this matter, to allow the parties to complete discovery;

1640860/1

WHEREAS, the parties agree that the Case Dispositive Motions deadline should be extended in conjunction with the Discovery Cut Off date, to April 14, 2008; and

WHEREAS, the parties are not seeking to change any other dates set forth in the Scheduling Order;

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties through their respective counsel that:

(1) the Discovery Cut Off date may be changed from December 28, 2007 to March 31, 2008;

(2) the Case Dispositive Motions deadline may be changed from January 10, 2008 to April 14, 2008; and

(3) the remaining dates set forth in the Scheduling Order may remain the same.

Dated: December /8, 2007

*/s/ Matt Neiderman*
Matt Neiderman (DE Bar No. 4018)
Duane Morris LLP
1100 North Market Street
Wilmington, DE 19801
Phone: (302) 657-4900
Fax: (302) 657-4901
  *and*
Michael R. Gottfried (MA Bar No. 542156)
Darlene Moreau (MA Bar No. 648455)
Duane Morris LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
Phone: (857) 488-4200
Fax: (857) 488-4201

ATTORNEYS FOR PLAINTIFF

- 2 -

1640860/1

Dated: December _18_, 2007

    _____
    Stephen M. Miller (DE Bar No. 2610)
    Thomas M. Horan (DE Bar No. 4641)
    MORRIS, JAMES LLP
    500 Delaware Avenue, Suite 1500
    Wilmington, DE 19801-1494
    (302) 888-6800
    (302) 571-1750 (fax)

    *and*

    David R. Marshall (MN Bar No. 184457)
    Leah C. Janus (MN Bar No. 0337365)
    FREDRIKSON & BYRON, P.A.
    200 South Sixth Street, Suite 4000
    Minneapolis MN 55402-1425
    612-492-7154
    612-492-7077  fax

    ATTORNEYS FOR DEFENDANT

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WORLD WIDE LICENSES, LTD., a Hong Kong corporation, | : : : : | |
| Plaintiff, | : : : | |
| v. | : : | C.A. No. 07-96 MPT |
| POLAROID CONSUMER ELECTRONICS, LLC f/k/a PETTERS CONSUMER BRANDS, LLC, a Delaware company, | : : : : : : | |
| Defendant. | : : | |

### AMENDED SCHEDULING ORDER

This _____ day of _____, 2007, the Court having conducted an initial Rule 16 scheduling and planning conference pursuant to Local Rule 16.2(a) on May 17, 2007, and the Court having granted the parties Stipulation For Extension Of Discovery And Dispositive Motion Deadlines;

IT IS ORDERED that the Scheduling Order be amended as follows:

1. <u>Rule 26(a)(1) Initial Disclosures and E-Discovery Default Standard</u>. Unless otherwise agreed to by the parties, the parties shall make their initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) on or before **June 1, 2007**. If they have not already done so, the parties are to review the Court's Default Standard for Discovery of Electronic Documents, which is posted at http://www.ded.uscourts.gov (see Orders, etc., Policies & Procedures, Ad Hoc Committee for Electronic Discovery), and is incorporated herein by reference.

  2. <u>Joinder of other Parties and Amendment of Pleadings</u>. All motions to join other parties, and to amend or supplement the pleadings shall be filed on or before **June 15, 2007**.

  3. <u>Discovery</u>

    a. <u>Limitation on Hours for Deposition Discovery</u>. Each side is limited to a total of **35 hours** of taking testimony by deposition upon oral examination.

    b. <u>Location of Depositions</u>. Any party or representative (officer, director, or managing agent) of a party filing a civil action in this district court must ordinarily be required, upon request, to submit to a deposition at a place designated within this district. Exceptions to this general rule may be made by order of the Court. A defendant who becomes a counterclaimant, cross-claimant, or third-party plaintiff shall be considered as having filed an action in this Court for the purpose of this provision.

    c. <u>Discovery Cut Off</u>. All discovery in this case shall be initiated so that it will be completed on or before **March 31, 2008**. The Court encourages the parties to serve and respond to contention interrogatories early in the case. Unless otherwise ordered by the Court, the limitations on discovery set forth in Local Rule 26.1 shall be strictly observed.

    d. <u>Disclosure of Expert Testimony</u>. For the party who has the initial burden of proof on the subject matter, the initial Federal Rule 26(a)(2) disclosure of expert testimony is due on or before **November 15, 2007**. The supplemental disclosure to contradict or rebut evidence on the same matter identified by another party is due on or before **December 7, 2007**. Along with the submissions of the expert reports, the parties shall advise of the dates and times of their experts' availability for deposition.

  To the extent any objection to expert testimony is made pursuant to the principles announced in *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993), as

incorporated in Federal Rule of Evidence 702, it shall be made by motion no later than the deadline for dispositive motions set forth herein, unless otherwise ordered by the Court.

    e.    <u>Discovery Disputes</u>. Should counsel find they are unable to resolve a discovery dispute, the party seeking the relief shall contact chambers at (302) 573-6173 to schedule a telephone conference. Not less than forty-eight hours prior to the conference, the party seeking relief shall file with the Court a letter, not to exceed three pages, outlining the issues in dispute and its position on those issues. (The Court does not seek extensive argument or authorities at this point; it seeks simply a statement of the issue to be addressed and a summary of the basis for the party's position on the issue.) Not less than twenty-four hours prior to the conference, any party opposing the application for relief may file a letter, not to exceed three pages, outlining that party's reasons for its opposition. **Should any document(s) be filed under seal, a copy of the sealed document(s) must be provided to the Magistrate Judge within one (1) hour of e-filing the document(s).** Should the Court find further briefing necessary upon conclusion of the telephone conference, the Court will order it. Disputes over protective orders are to be addressed in the first instance in accordance with this paragraph.

    4.    <u>Application to Court for Protective Order</u>. Should counsel find it will be necessary to apply to the Court for a protective order specifying terms and conditions for the disclosure of confidential information, counsel should confer and attempt to reach an agreement on a proposed form of order and submit it to the Court within ten days from the date of this Order. Should counsel be unable to reach an agreement on a proposed form of order, the counsel must first follow the provisions of Paragraph 3e above.

Any proposed order should include the following paragraph:

> <u>Other Proceedings</u>. By entering this order and limiting the disclosure of information in this case, the Court does not intend to

preclude another court from finding that information may be relevant and subject to disclosure in another case. Any person or party subject to this order who becomes subject to a motion to disclose another party's information designated "confidential" pursuant to this order shall promptly notify that party of the motion so that the party may have an opportunity to appear and be heard on whether that information should be disclosed.

5. <u>Papers Filed Under Seal</u>. When filing papers under seal, counsel should deliver to the Clerk an original and one copy of the papers.

6. <u>ADR Process</u>. Discussed during the Rule 16 scheduling conference. The parties intend to proceed with private mediation. Counsel shall advise the Court by letter regarding the date and time for mediation.

7. <u>Interim Status Report</u>. On **October 5, 2007**, counsel shall submit a letter to the Court with an interim report on the nature of the matters in issue and the progress of discovery to date.

8. <u>Status Conference</u>. On **October 15, 2007**, the Court will hold a Rule 16(a), (b) and (c) conference by telephone with counsel beginning at **9:00 a.m.** Plaintiff's counsel shall initiate the telephone call. At the time of this conference, counsel shall also be prepared to discuss the progress, if any, of settlement discussions and shall be prepared to discuss the possibility of setting up a settlement conference with the Court, counsel and their clients. If all parties agree that there is nothing to report, nor anything to add to the interim status report or to this order, they shall notify the Court in writing before the conference is scheduled to occur, and the conference will be taken off the Court's calendar.

9. <u>Case Dispositive Motions</u>. All case dispositive motions, an opening brief, and affidavits, if any, in support of the motion shall be served and filed on or before **April 14, 2008**. Briefing will be presented pursuant to the Court's Local Rules.

10.     <u>Applications by Motion</u>.  Except as otherwise specified herein, any application to the Court shall be by written motion filed with the Clerk.  Unless otherwise requested by the Court, counsel shall not deliver copies of papers or correspondence to Chambers.  Any non-dispositive motion should contain the statement required by Local Rule 7.1.1.

11.     <u>Pretrial Conference</u>.  On **August 15, 2008**, the Court will hold a Final Pretrial Conference in Chambers with counsel beginning at **11:00 a.m.**  Unless otherwise ordered by the Court, the parties should assume that filing the pretrial order satisfies the pretrial disclosure requirement of Federal Rule of Civil Procedure 26(a)(3).  The parties shall file with the Court the joint proposed final pretrial order with the information required by the form of Final Pretrial Order which accompanies this Scheduling Order on or before **August 1, 2008**.

12.     <u>Motions *in Limine*</u>.  Motions *in limine* shall not be separately filed.  All *in limine* requests and responses thereto shall be set forth in the proposed pretrial order.  Each party shall be limited to five *in limine* requests, unless otherwise permitted by the Court.  The *in limine* request and any response shall contain the authorities relied upon; each *in limine* request may be supported by a maximum of three pages of argument and may be opposed by a maximum of three pages of argument.  If more than one party is supporting or opposing an *in limine* request, such support or opposition shall be combined in a single three (3) page submission, unless otherwise ordered by the Court.  No separate briefing shall be submitted on *in limine* requests, unless otherwise permitted by the Court.

13.     <u>Jury Instructions, Voir Dire, and Special Verdict Forms</u>.  Where a case is to be tried to a jury, pursuant to Local Rules 47 and 51 the parties should file proposed voir dire, instructions to the jury, and special verdict forms and jury interrogatories three full business days before the final pretrial conference.  That submission shall be accompanied by a computer

5

diskette (in WordPerfect format) which contains the instructions, proposed voir dire, special verdict forms, and jury interrogatories.

    14.    <u>Trial</u>. This matter is scheduled for a **5 day jury trial** beginning at **9:30 a.m.** on **September 15, 2008** with the remaining trial days beginning at **9:00 a.m**. For the purpose of completing pretrial preparations, counsel should plan on each side being allocated a total of **12 hours** to present their case.

 

_____
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WORLD WIDE LICENSES, LTD., a Hong Kong corporation, | : : : | |
| Plaintiff, | : | C.A. 07-cv-96 (MPT) |
| v. | : : : | |
| POLAROID CONSUMER ELECTRONICS, LLC f/k/a PETTERS CONSUMER BRANDS, LLC, a Delaware company, | : : : : : | |
| Defendant. | : : | |

### AFFIDAVIT OF WILLIAM WELLER, PARALEGAL

STATE OF DELAWARE      :
                                              : SS:
NEW CASTLE COUNTY  :

I, William Weller, certify that I am, and at all times during the service, have been, an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on December 18, 2007, I caused service of the following:

**JOINT MOTION FOR EXTENSION OF DISCOVERY
AND DISPOSITIVE MOTION DEADLINES**

Service was completed upon the following parties on the attached list as indicated thereon.

Date:   December 18, 2007

/s/ William Weller
William Weller

SWORN TO AND SUBSCRIBED before me this 18th of December, 2007.

_____
NOTARY
My commission expires:_____

S. STACI HUDSON
Notary Public - State of Delaware
My Comm. Expires Dec. 11, 2008

WWW/112465-0001/1640932/1

| | |
|---|---|
| **VIA HAND DELIVERY** | **VIA FIRST CLASS MAIL** |
| United States District Court | Michael R. Gottfried, Esq. |
| Clerk of Court | Darlene D. Moreau, Esq. |
| 844 North King Street | Duane Morris LLP |
| Lockbox #18 | 470 Atlantic Avenue |
| Wilmington, DE 19801 | Boston, MA 02210 |
| | [Counsel for Plaintiff, World Wide Licenses, Ltd.] |
| Matt Neiderman, Esq. | |
| Kathaleen McCormick, Esq. | |
| Duane Morris LLP | |
| 1100 North Market Street, Suite 1200 | |
| Wilmington, DE 19801 | |
| [Counsel for Plaintiff, World Wide Licenses, Ltd.] | |