IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WORLD WIDE LICENSES, LTD., a Hong Kong corporation, | : <br> : <br> : |
| Plaintiff, | :     C.A. No. 07-0096-MPT |
| v. | : <br> : |
| POLAROID CONSUMER ELECTRONICS, LLC f/k/a PETTERS CONSUMER BRANDS, LLC, a Delaware company, | : <br> : <br> : <br> : <br> : |
| Defendant. | : <br> : |

## AMENDED NOTICE OF DEPOSITION OF ELAINE WONG

TO:    The above-captioned plaintiff and its attorneys:

Matt Neiderman, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Michael R. Gottfried, Esquire
Darlene D. Moreau, Esquire
Duane Morris LLP
470 Atlantic Avenue, Suite 500
Boston, Massachusetts 02210-2600

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Polaroid Consumer Electronics, LLC f/k/a Petters Consumer Brands, LLC will take the deposition of Elaine Wong. The deposition will be taken at the offices of Morris James LLP, 500 Delaware Avenue, Suite 1500, Wilmington, Delaware 19801-1494, on March 13, 2008 at 9:00 a.m., continuing day-to-day thereafter until completed. The deposition will take place before an officer duly authorized to administer oaths and will be transcribed by stenographic means. Pursuant to Federal Rule of Civil Procedure 30(b)(3), you are advised that the testimony may also be recorded on videotape.

Dated:  January 25, 2008

MORRIS JAMES LLP

_____
Stephen M. Miller (DE Bar No. 2610)
Thomas M. Horan (DE Bar No. 4641)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE  19899-2306
Telephone:  (302) 888-6800
Facsimile:  (302) 571-1750
E-mail:  smiller@morrisjames.com
E-mail:  thoran@morrisjames.com

-and-

David R. Marshall (MN Bar No. 184457)
Leah C. Janus (MN Bar No. 0337365)
FREDRIKSON & BYRON, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN  55402-1425
Telephone:  (612) 492-7154
Facsimile:  (612) 492-7077
E-mail:  dmarshall@fredlaw.com
E-mail:  ljanus@fredlaw.com

*Attorneys for Defendant Polaroid Consumer Electronics, LLC*

4310099_1.DOC

2

1683025