IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WORLD WIDE LICENSES, LTD.,<br>a Hong Kong corporation,<br><br>        Plaintiff,<br>v.<br><br>POLAROID CONSUMER<br>ELECTRONICS, LLC f/k/a PETTERS<br>CONSUMER BRANDS, LLC,<br>a Delaware company,<br><br>        Defendant. | C.A. No. 07-0096-MPT |

### AMENDED NOTICE OF DEPOSITION OF KIRAN SHAH

TO:    The above-captioned plaintiff and its attorneys:

Matt Neiderman, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Michael R. Gottfried, Esquire
Darlene D. Moreau, Esquire
Duane Morris LLP
470 Atlantic Avenue, Suite 500
Boston, Massachusetts 02210-2600

      PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Polaroid Consumer Electronics, LLC f/k/a Petters Consumer Brands, LLC will take the deposition of Kiran Shah. The deposition will be taken at the offices of Morris James LLP, 500 Delaware Avenue, Suite 1500, Wilmington, Delaware 19801-1494, on March 14, 2008 at 12:00 p.m., continuing day-to-day thereafter until completed. The deposition will take place before an officer duly authorized to administer oaths and will be transcribed by stenographic means. Pursuant to Federal Rule of Civil Procedure 30(b)(3), you are advised that the testimony may also be recorded on videotape.

1683095

| | |
|---|---|
| Dated: January 25, 2008 | MORRIS JAMES LLP<br><br>*/s/ Thomas M. Horan*<br>Stephen M. Miller (DE Bar No. 2610)<br>Thomas M. Horan (DE Bar No. 4641)<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, DE 19899-2306<br>Telephone: (302) 888-6800<br>Facsimile: (302) 571-1750<br>E-mail: smiller@morrisjames.com<br>E-mail: thoran@morrisjames.com<br><br>-and-<br><br>David R. Marshall (MN Bar No. 184457)<br>Leah C. Janus (MN Bar No. 0337365)<br>FREDRIKSON & BYRON, P.A.<br>200 South Sixth Street, Suite 4000<br>Minneapolis, MN 55402-1425<br>Telephone: (612) 492-7154<br>Facsimile: (612) 492-7077<br>E-mail: dmarshall@fredlaw.com<br>E-mail: ljanus@fredlaw.com<br><br>*Attorneys for Defendant Polaroid Consumer Electronics, LLC* |

4310114_1.DOC

1683095