IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WORLD WIDE LICENSES, LTD., a Hong Kong corporation,<br><br>Plaintiff,<br><br>v.<br><br>POLAROID CONSUMER ELECTRONICS, LLC f/k/a PETTERS CONSUMER BRANDS, LLC, a Delaware company,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:  C.A. No. 07-0096-MPT<br>:<br>:<br>:<br>:<br>:<br>: |

**NOTICE OF SERVICE OF DEFENDANT POLAROID CONSUMER ELECTRONICS, LLC'S REQUESTS FOR PRODUCTION OF DOCUMENTS (SET II)**

PLEASE TAKE NOTICE that on January 25, 2008, a copy of **Defendant Polaroid Consumer Electronics, LLC's Requests for Production of Documents Directed to Plaintiff (Set II)** and this notice of service were served upon counsel for the Plaintiff in the manners indicated, at the following addresses:

<u>VIA HAND DELIVERY</u>
Matt Neiderman, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801

<u>VIA FIRST CLASS MAIL, POSTAGE PREPAID</u>
Michael R. Gottfried, Esquire
Darlene D. Moreau, Esquire
Duane Morris LLP
470 Atlantic Avenue
Boston, Massachusetts 02210

1683555

Dated: January 25, 2008             MORRIS JAMES LLP

/s/ Thomas M. Horan
Stephen M. Miller (DE Bar No. 2610)
Thomas M. Horan (DE Bar No. 4641)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: smiller@morrisjames.com
E-mail: thoran@morrisjames.com

-and-

David R. Marshall (MN Bar No. 184457)
Leah C. Janus (MN Bar No. 0337365)
FREDRIKSON & BYRON, P.A.
200 South Sixth Street
Suite 4000
Minneapolis MN 55402-1425
Telephone: 612-492-7154
Facsimile: 612-492-7077
E-mail: dmarshall@fredlaw.com
E-mail: ljanus@fredlaw.com

*Attorneys for Defendant Polaroid Consumer Electronics, LLC*

2

1683555