IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WORLD WIDE LICENSES, LTD., a Hong Kong corporation,<br><br>Plaintiff,<br><br>v.<br><br>POLAROID CONSUMER ELECTRONICS, LLC f/k/a PETTERS CONSUMER BRANDS, LLC, a Delaware company,<br><br>Defendant. | :<br>:<br>:<br>:<br>:  C.A. 07-cv-96 (MPT)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### AFFIDAVIT OF WILLIAM WELLER, PARALEGAL

STATE OF DELAWARE    :
                     : SS:
NEW CASTLE COUNTY    :

I, William Weller, certify that I am, and at all times during the service, have been, an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on January 25, 2008, I caused service of the following:

**AMENDED NOTICE OF DEPOSITION OF GIOVANNI TOMASELLI**
[Docket No. 38]

**AMENDED NOTICE OF DEPOSITION OF ELAINE WONG**
[Docket No. 39]

**AMENDED NOTICE OF DEPOSITION OF KIRAN SHAH**
[Docket No. 40]

Service was completed upon the following parties on the attached list as indicated thereon.

Date:   January 25, 2008

/s/ William Weller
William Weller

WWW/112465-0001/1683996/1

SWORN TO AND SUBSCRIBED before me this 25th of January, 2008.

| | |
|---|---|
| **JOANNE M. SOUTHERS**<br>Notary Public - State of Delaware<br>My Comm. Expires Feb. 13, 2009 | *[signature]*<br>NOTARY<br>My commission expires: 2/13/09 |

**VIA HAND DELIVERY**
Matt Neiderman, Esq.
Kathaleen McCormick, Esq.
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
[Counsel for Plaintiff, World Wide Licenses, Ltd.]

**VIA FIRST CLASS MAIL**
Michael R. Gottfried, Esq.
Darlene D. Moreau, Esq.
Duane Morris LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
[Counsel for Plaintiff, World Wide Licenses, Ltd.]