IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WORLD WIDE LICENSES, LTD.,<br>a Hong Kong corporation,<br><br>Plaintiff,<br><br>v.<br><br>POLAROID CONSUMER<br>ELECTRONICS, LLC f/k/a PETTERS<br>CONSUMER BRANDS, LLC,<br>a Delaware company,<br><br>Defendant. | :<br>:<br>:<br>:   C.A. No. 07-96 (MPT)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Crystal M. Patterson, Esquire to represent Polaroid Consumer Electronics, LLC in this matter.

Signed: _/s/_____

Stephen M. Miller (DE Bar No. 2610)
Carl N. Kunz, III (DE Bar No. 3201)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19899-2306
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: smiller@morrisjames.com
E-mail: ckunz@morrisjames.com

Attorneys for Polaroid Consumer Electronics, LLC

Dated: February 6, 2008

1691877

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date:_____

_____
The Honorable Mary Pat Thynge
United States Magistrate Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars for the States of Minnesota and North Dakota, the United States District Court for the District of Minnesota, the United States Tax Court, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Signed: *Crystal M Patterson*

Date: February 5, 2008

Crystal M. Patterson (MN Bar No. 030492X)
Fredrikson & Byron, P.A.
200 South Sixth Street
Suite 4000
Minneapolis, MN 55402-1425
Telephone: (612) 492-7192
Facsimile: (612) 492-7077
E-mail: cpatterson@fredlaw.com

1691877

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WORLD WIDE LICENSES, LTD., a Hong Kong corporation, : : : | |
| Plaintiff, : | C.A. 07-cv-96 (MPT) |
| : v. : : | |
| POLAROID CONSUMER ELECTRONICS, LLC f/k/a PETTERS CONSUMER BRANDS, LLC, a Delaware company, : : : : : : | |
| Defendant. : : | |

### AFFIDAVIT OF WILLIAM WELLER, PARALEGAL

STATE OF DELAWARE    :
                     : SS:
NEW CASTLE COUNTY    :

    I, William Weller, certify that I am, and at all times during the service, have been, an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on February 6, 2008, I caused service of the following:

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

    Service was completed upon the following parties on the attached list as indicated thereon.

Date:    February 6, 2008

                                                       William Weller

SWORN TO AND SUBSCRIBED before me this 6th of February, 2008.

_____
NOTARY
My commission expires:_____

S. STACI HUDSON
Notary Public - State of Delaware
My Comm. Expires Dec. 11, 2008

WWW/112465-0001/1692229/1

| | |
|---|---|
| **VIA HAND DELIVERY** | **VIA FIRST CLASS MAIL** |
| Matt Neiderman, Esq. | Michael R. Gottfried, Esq. |
| Kathaleen McCormick, Esq. | Darlene D. Moreau, Esq. |
| Duane Morris LLP | Duane Morris LLP |
| 1100 North Market Street, Suite 1200 | 470 Atlantic Avenue, Suite 500 |
| Wilmington, DE 19801 | Boston, MA 02210 |
| [Counsel for Plaintiff, World Wide Licenses, Ltd.] | [Counsel for Plaintiff, World Wide Licenses, Ltd.] |