IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WORLD WIDE LICENSES, LTD., a Hong Kong corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>POLAROID CONSUMER ELECTRONICS, LLC f/k/a PETTERS CONSUMER BRANDS, LLC, a Delaware company,<br><br>　　　　　Defendant. | :<br>:<br>:<br>:<br>: C.A. 07-cv-96 (MPT)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### AFFIDAVIT OF WILLIAM WELLER, PARALEGAL

STATE OF DELAWARE　　　：
　　　　　　　　　　　　　： SS:
NEW CASTLE COUNTY　　　：

　　I, William Weller, certify that I am, and at all times during the service, have been, an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on February 11, 2008, I caused service of the following:

**NOTICE OF DEPOSITION OF WORLD WIDE LICENSES, LTD.**
[Docket No. 44]

**NOTICE OF DEPOSITION OF RICHARD KING**
[Docket No. 45]

**NOTICE OF DEPOSITION OF DENNIS LEE**
[Docket No. 46]

　　Service was completed upon the following parties on the attached list as indicated thereon.

Date:　February 11, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ William Weller_
　　　　　　　　　　　　　　　　　　　　　　　　　William Weller

SWORN TO AND SUBSCRIBED, before me this 11th of February, 2008.

_____
NOTARY
My commission expires:_____

S. STACI HUDSON
Notary Public - State of Delaware
My Comm. Expires Dec. 11, 2008

| **VIA HAND DELIVERY** | **VIA FIRST CLASS MAIL** |
|---|---|
| Matt Neiderman, Esq. | Michael R. Gottfried, Esq. |
| Kathaleen McCormick, Esq. | Darlene D. Moreau, Esq. |
| Duane Morris LLP | Duane Morris LLP |
| 1100 North Market Street, Suite 1200 | 470 Atlantic Avenue, Suite 500 |
| Wilmington, DE 19801 | Boston, MA 02210 |
| [Counsel for Plaintiff, World Wide Licenses, Ltd.] | [Counsel for Plaintiff, World Wide Licenses, Ltd.] |