IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **WORLD WIDE LICENSES, LTD.,** a Hong Kong corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>**POLAROID CONSUMER ELECTRONICS, LLC** f/k/a **PETTERS CONSUMER BRANDS, LLC,** a Delaware company,<br>　　　　　Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:  C.A. No. 07-96-MPT<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on this 25th day of February, 2008 the undersigned counsel caused true and correct copies of Plaintiff, World Wide Licenses, LTD's, Responses to Defendant, Polaroid Consumer Electronics, LLC's, Second Set of Requests for Production of Documents to be served on the following counsel of record:

**VIA FEDERAL EXPRESS**
David R. Marshall, Esquire
Fredrikson & Byron P.A.
Suite 4000
200 South Sixth Street
Minneapolis, MN 55402-1425

**VIA HAND DELIVERY**
Stephen M. Miller, Esquire
Attorney at Law
Morris James LLP
P.O. Box 2306
Wilmington, Delaware 19899-2306

Dated: February 25, 2008

**DUANE MORRIS LLP**

_/s/ Matt Neiderman_
Matt Neiderman (Del. Bar No. 4018)
Duane Morris LLP
1100 N. Market St., Suite 1200
Wilmington, Delaware 19801
302.657.4900
302.657.4901 *fax*
mneiderman@duanemorris.com

**OF COUNSEL:**
Michael R. Gottfried
Darlene D. Moreau
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
857.488.4200
857.488.4201 *fax*
mrgottfried@duanemorris.com
ddmoreau@du

# CERTIFICATE OF SERVICE

I, Matt Neiderman, hereby certify that on February 25, 2008, I served the foregoing document upon the following counsel of record for the Defendant:

**VIA E-FILING**
Stephen M. Miller, Esquire
Attorney at Law
Morris James LLP
P.O. Box 2306
Wilmington, DE 19899-2306

_____
Matt Neiderman (Del. I.D. No. 4018)