IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WORLD WIDE LICENSES, LTD., a Hong Kong corporation,<br><br>        Plaintiff,<br><br>v.<br><br>POLAROID CONSUMER ELECTRONICS, LLC f/k/a PETTERS CONSUMER BRANDS, LLC, a Delaware company,<br><br>        Defendant. | C.A. No. 07-0096-MPT |

## SECOND AMENDED NOTICE OF DEPOSITION OF GIOVANNI TOMASELLI

TO:   The above-captioned plaintiff and its attorneys:

Matt Neiderman, Esquire  
Duane Morris LLP  
1100 North Market Street, Suite 1200  
Wilmington, DE 19801-1246

Michael R. Gottfried, Esquire  
Darlene D. Moreau, Esquire  
Duane Morris LLP  
470 Atlantic Avenue, Suite 500  
Boston, Massachusetts 02210-2600

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Polaroid Consumer Electronics, LLC f/k/a Petters Consumer Brands, LLC will take the deposition of Giovanni Tomaselli. The deposition will be taken at the offices of Morris James LLP, 500 Delaware Avenue, Suite 1500, Wilmington, Delaware 19801-1494, on March 12, 2008 at 9:00 a.m. prevailing Eastern time, continuing day-to-day thereafter until completed. The deposition will take place before an officer duly authorized to administer oaths and will be transcribed by stenographic means. Pursuant to Federal Rule of Civil Procedure 30(b)(3), you are advised that the testimony may also be recorded on videotape.

1708528

Dated: March 3, 2008                               MORRIS JAMES LLP

*[signature]*
_____
Stephen M. Miller (DE Bar No. 2610)
Thomas M. Horan (DE Bar No. 4641)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: smiller@morrisjames.com
E-mail: thoran@morrisjames.com

-and-

David R. Marshall (MN Bar No. 184457)
Leah C. Janus (MN Bar No. 0337365)
FREDRIKSON & BYRON, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
Telephone: (612) 492-7154
Facsimile: (612) 492-7077
E-mail: dmarshall@fredlaw.com
E-mail: ljanus@fredlaw.com

*Attorneys for Defendant Polaroid Consumer Electronics, LLC*

1708528

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WORLD WIDE LICENSES, LTD., a Hong Kong corporation,<br><br>Plaintiff,<br><br>v.<br><br>POLAROID CONSUMER ELECTRONICS, LLC f/k/a PETTERS CONSUMER BRANDS, LLC, a Delaware company,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:  C.A. 07-0096-MPT<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### AFFIDAVIT OF CASSANDRA D. LEWICKI, PARALEGAL

STATE OF DELAWARE    :
                     : SS:
NEW CASTLE COUNTY    :

I, Cassandra D. Lewicki, certify that I am, and at all times during the service, have been, an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on March 3, 2008, I caused service of the following:

### SECOND AMENDED NOTICE OF DEPOSITION OF GIOVANNI TOMASELLI

Service was completed upon the following parties on the attached list as indicated thereon.

Date:   March 3, 2008

_____
Cassandra D. Lewicki

SWORN TO AND SUBSCRIBED before me this 3rd day of March, 2008.

_____
NOTARY
My commission expires: 2/13/09

JOANNE M. SOUTHERS
Notary Public - State of Delaware
My Comm. Expires Feb. 13, 2009

CXL/1708552

| | |
|---|---|
| **VIA HAND DELIVERY** | **VIA FIRST CLASS MAIL** |
| Matt Neiderman, Esq. | Michael R. Gottfried, Esq. |
| Kathaleen McCormick, Esq. | Darlene D. Moreau, Esq. |
| Duane Morris LLP | Duane Morris LLP |
| 1100 North Market Street, Suite 1200 | 470 Atlantic Avenue, Suite 500 |
| Wilmington, DE 19801 | Boston, MA 02210 |
| [Counsel for Plaintiff, World Wide Licenses, Ltd.] | [Counsel for Plaintiff, World Wide Licenses, Ltd.] |

CXL/1708552

2