IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WORLD WIDE LICENSES, LTD., a Hong Kong corporation, | : : : |
| Plaintiff, | : : |
| v. | :   C. A. No. 07-96-MPT : |
| POLAROID CONSUMER ELECTRONICS, LLC f/k/a PETTERS CONSUMER BRANDS, LLC, a Delaware company, | : : : : |
| Defendant. | : |

## ORDER

At Wilmington this **26th** day of **March, 2008**.

IT IS ORDERED that the status teleconference scheduled for **Thursday, March 27, 2008 at 9:00 a.m.** with Magistrate Judge Thynge is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE