# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

WORLD WIDE LICENSES, LTD.,　　　:
a Hong Kong corporation,　　　　　:
　　　　　　　　　　　　　　　　　　:
　　　　　　　　　Plaintiff,　　　　:
　　　　　　　　　　　　　　　　　　:
　　　　　v.　　　　　　　　　　　　:　　C. A. No. 07-96-MPT
　　　　　　　　　　　　　　　　　　:
POLAROID CONSUMER ELECTRONICS, :
LLC f/k/a PETTERS CONSUMER　　　:
BRANDS, LLC, a Delaware company, :
　　　　　　　　　　　　　　　　　　:
　　　　　　　　　Defendant.　　　　:

## <u>ORDER</u>

At Wilmington this **22nd** day of **May, 2008**.

IT IS ORDERED that the pretrial order due date of August 1, 2008, the pretrial scheduled for August 15, 2008 at 11:00 a.m., and the 5-day jury trial scheduled to begin on September 15, 2008 are cancelled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge_____
UNITED STATES MAGISTRATE JUDGE