# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **WORLD WIDE LICENSES, LTD.,**<br>a Hong Kong corporation, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 07-96-MPT |
| | : | |
| **POLAROID CONSUMER**<br>**ELECTRONICS, LLC**<br>**f/k/a PETTERS CONSUMER**<br>**BRANDS, LLC,**<br>a Delaware company, | : | **JURY TRIAL DEMANDED** |
| Defendant. | : | |

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by the parties to this action, by and through their undersigned counsel and subject to the approval of this Court, that this action shall be and is hereby dismissed with prejudice, in accordance with the written Settlement Agreement executed by the parties, each party to bear its own costs.

MORRIS JAMES LLP

_____

Stephen M. Miller (I.D. No. 2610)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19899-2306
Tel:    302.888.6853
Fax:    302.571.1750
Email:  smiller@morrisjames.com

*Attorneys for Defendant*
*Polaroid Consumer Electronics, LLC*
*f/k/a/ Petters Consumer Brands, LLC*


DUANE MORRIS LLP

_____

Matt Neiderman (I.D. No. 4018)
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801
Tel:    302.657.4900
Fax:    302.657.4901
Email:  mneiderman@duanemorris.com

*Attorneys for Plaintiff*
*World Wide Licenses, Ltd.*


DATED:        June 9, 2008


SO ORDERED, this ____ day of March, 2008.


_____
Magistrate Judge Mary Pat Thynge


DM1\1307736.1

2